IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALPHIETTE TARPEH,

    *Plaintiff*,

v.      CIVIL NO. 24-0803

FREERATEUPDATE.COM, LLC,

    *Defendant.*

## ORDER

**AND NOW**, this **4th** day of **September 2025**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 13) and Plaintiff's Response in Opposition (ECF No. 14) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 13) is **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge